In the Matter of the BOARD OF EDUCATION OF THE CITY OF JAMESTOWN, Appellant, against GEORGE R. BAKER et al., as Assessors of the Town of Poland, Respondents.

(Argued February 25, 1935; decided March 19, 1935.)

*Wilson C. Price* for appellant.
*Murle L. Rowe* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J.